# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   2:07-cv-02839-FMC-PJWx                                                     Date   May 16, 2007

Title   Jeri Demsky et al v. Merck & Co Inc et al

---

Present: The Honorable   FLORENCE-MARIE COOPER

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not present                                              Not present

**Proceedings:**   ORDER ON TRANSFER OF CASE TO JUDGE COOPER   (In Chambers)

This action has been reassigned to the HONORABLE FLORENCE-MARIE COOPER, United States District Judge.

Please substitute the initials FMC in place of the initials RGK . The case number will now read: **CV 07-2839 FMC(PJWx)**. Henceforth, it is imperative that the initials FMC be used on all documents to prevent any delays in processing of documents.

Judge Cooper's courtroom deputy clerk is Alicia Mamer and can be reached at (213) 894-1782. Judge Cooper's courtroom is located on the 7th floor of the Roybal Federal Building, Courtroom # 750. **Additional information about Judge Cooper's procedures can be found on her website profile at www.cacd.uscourts.gov.** The Court will entertain appearances by telephone for all status conferences, scheduling conferences and oral argument on motions. *If you wish to appear by telephone, you must:*

(i) notify the clerk at least two days in advance of **each appearance date**
(ii) provide the clerk with the telephone number at which the Court can reach you (land lines, only; no cellular phones)
(iii) agree to be available at that number for up to one hour from the time of the scheduled appearance

**XX** OTHER:   This Court hereby VACATES the July 2, 2007 Scheduling Conference date  .

                                                                                          : N/A
                                                                Initials of Preparer   AM

DOCKETED ON CM
MAY 17 2007

CV-90 (06/04)                                                CIVIL MINUTES - GENERAL