FILED
CLERK, U.S. DISTRICT COURT
MAY 10 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERI DEMSKY, et al., | No. CV 07-2839-RGK (JWJx) |
| Plaintiff(s), | |
| vs. | ORDER SETTING SCHEDULING CONFERENCE |
| MERCK & CO., INC., et al., | |
| Defendant(s). | |

This matter is set for a scheduling conference on **July 2, 2007** at 9:00 a.m. The Conference will be held pursuant to F.R.Civ. P. 16(b). Counsel are ordered to file a joint statement providing a brief factual summary of the case, including the claims being asserted. The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the scheduling conference, and to file a joint statement with the Court not later than 14 days after they confer, as required by F.R. Civ.P. 26 and the Local Rules of this Court. Failure to comply may lead to the imposition of sanctions.

DATED: May 10, 2007

R. Gary Klausner
United States District Judge



DOCKETED ON CM
MAY 10 2007
BY                    006