UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-14-08
```

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

## ORDER FOR ADMISSION PRO HAC VICE

Considering the Certificate of Good Standing and all other documents required by Case Management Order No. 5 submitted by counsel, IT IS HEREBY ORDERED that:

   Applicant's Name: Christy D. Jones

   Firm Name: Butler, Snow, O'Mara, Stevens & Cannada, PLLC

   Address: AmSouth Plaza, 210 East Capitol Street, Suite 1700

   City/State/Zip: Jackson, MS 39201

   Telephone/Fax: (601) 948-5711/(601) 948-4500

   Email Address: Christy.Jones@butlersnow.com

is admitted to practice pro hac vice as counsel for Merck & Co., Inc. in the above captioned case in the United States District Court for the Southern District of New York.

Dated: March 14, 2008

New York, New York

*So ordered*

John F. Keenan
United States District Judge

60236530.1.DOC

AO 136 (Rev. 9-98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        MISSISSIPPI

**CERTIFICATE OF GOOD STANDING**

I, _____ J. T. NOBLIN _____, Clerk of this Court,

certify that ___Christy D. Jones___, Bar # ___3192___,

was duly admitted to practice in this Court on

___September 30, 1977___, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at ___Jackson, Mississippi___ on ___March 4, 2008___.
LOCATION                         DATE

J. T. NOBLIN
CLERK



DEPUTY CLERK

AO 136 Certificate of Good Standing (ND Miss 1/07)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

## CERTIFICATE OF GOOD STANDING

I, David Crews, Clerk of the United States District Court for the Northern District of Mississippi, certify that the attorney identified below was duly admitted to practice before this Court on the date stated and is, as of the date of this certificate, in good standing as a member of the Bar of the United States District Court for the Northern District of Mississippi.

**ATTORNEY'S NAME:** CHRISTY D. JONES

**BAR NUMBER:** 3192

**DATE ADMITTED:** OCTOBER 10, 1978

Given under my hand and Seal of this Court.

**DATE:** March 4, 2008

**DAVID CREWS, CLERK**

By: _____
Kay Terrell
Deputy Clerk